**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **AMIE M. ROGERS,** | § § § | |
| *Plaintiff,* | § § | CASE NO. 6:18-cv-582-JDK-KNM |
| v. | § § § | |
| **OPTIMUM OUTCOMES, INC.,** | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Appear Telephonically at Scheduling Conference (Doc. No. 17). Plaintiff requests permission to appear telephonically because: (1) lead counsel for Plaintiff maintains his regular office in Lombard, Illinois; and (2) Plaintiff, a consumer, requests her counsel appear by telephone to keep expenses to a minimum. Doc. No. 17 at 1. Having considered the matter, it is

**ORDERED** that Plaintiff's Unopposed Motion to Appear Telephonically at Scheduling Conference (Doc. No. 17) is **GRANTED.** Counsel for Plaintiff may appear by telephone at the Scheduling Conference on April 9, 2019 at 10:30 a.m.

So ORDERED and SIGNED this 5th day of April, 2019.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE